No. 631. YONEJIRO NAKASUJI v. SEAGER, U. S. COLLECTOR OF CUSTOMS, ET AL. February 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the

Ninth Circuit denied. *Messrs. Arthur E. Cook* and *J. Edward Keating* for petitioner. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Messrs. Paul A. Sweeney* and *M. Leo Looney, Jr.,* for respondents.